IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JERRY DONALD SAXTON, JR , | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:25-cv-00239-MTT |
| | * | |
| OFFICER MANN et al, | | |
| | * | |
| Defendants. | | |
| | * | |

**JUDGMENT**

Pursuant to this Court's Order dated August 26, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 27th day of August, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk